Argued: September 11, 2020

IN THE COURT OF APPEALS

OF MARYLAND

Misc. No. 15

September Term, 2019

IN THE MATTER OF THE APPLICATION
OF ANTONETTE YVONNE JEFFERSON
FOR ADMISSION TO THE BAR OF
MARYLAND

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Biran,

JJ.

ORDER

Filed: September 14, 2020

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk

**IN THE MATTER OF THE APPLICATION**    \*    **IN THE**

**OF ANTONETTE YVONNE JEFFERSON**    \*    **COURT OF APPEALS**

**FOR ADMISSION TO THE**    \*    **OF MARYLAND**

**BAR OF MARYLAND**    \*    **Misc. No. 15**

    \*    **September Term, 2019**

### O R D E R

**WHEREAS** Antonette Yvonne Jefferson has applied for admission to the Maryland Bar,

**WHEREAS**, pursuant to Maryland Rule 19-204(a), the Character Committee for the Fourth Appellate Circuit undertook an investigation of Ms. Jefferson's character and fitness for the practice of law and, on March 12, 2019, conducted a hearing at which Ms. Jefferson appeared and testified,

**WHEREAS**, the Character Committee prepared a comprehensive report for the State Board of Law Examiners in which it unanimously recommended that Ms. Jefferson be denied admission to the Bar,

**WHEREAS**, pursuant to Maryland Rule 19-204(b), on October 25, 2019, the State Board of Law Examiners conducted a hearing at which Ms. Jefferson appeared and testified,

**WHEREAS**, after holding the hearing and receiving additional information from Ms. Jefferson, the State Board of Law Examiners, on February 18, 2020, unanimously recommended in a report to the Court that Ms. Jefferson be denied admission to the Bar,

**WHEREAS**, Ms. Jefferson requested the opportunity for a hearing before the Court, pursuant to Maryland Rule 19-204(c), and filed a brief and other documents for the Court's consideration in connection with the hearing,

**WHEREAS**, the Court conducted a hearing on September 11, 2020, at which Ms. Jefferson appeared and presented argument,

**WHEREAS**, the Court has carefully considered the report of the Character Committee, the report of the State Board of Law Examiners, and the submissions made by Ms. Jefferson,

**WHEREAS**, the Court finds that Ms. Jefferson has not met her burden under Maryland Rule 19-204(d) to establish that she has the requisite character and fitness for the practice of law, it is this 14th day of September, 2020,

**ORDERED,** that the application of Antonette Yvonne Jefferson for admission to the Maryland Bar is denied.

/s/ Mary Ellen Barbera
Chief Judge